ELROY HEINRICHS V. STATE.

No. 26,592. November 11, 1953.
Appellant's Motion for Rehearing Denied
(Without Written Opinion) January 13, 1954.

*Dixie & Ryan* [*Thomas M. Ryan*, of Counsel], Houston, for appellant.

*Wesley Dice,* State's Attorney, Austin, for the state.

DAVIDSON, Judge.

This is a companion case to and grows out of the same transaction as that of Phillips v. State, No. 26,523, decided on October 21, 1953, (page 286, this volume).

The facts, which we held to be sufficient to support the conviction, are stated in that opinion.

The contention that the search of the automobile was illegal was there overruled.

For the reasons stated, the judgment if affirmed.

Opinion approved by the court.